UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAURICIO RETANA-CORREA, on
behalf of himself and all others similarly
situated,

VERSUS

MORRIS DRYWALL SYSTEMS, INC.,
CHARLES MORRIS, LONE STAR
DRYWALL AND FRAMING, LLC, AND
WOMACK-DUNN CONSTRUCTION
TEAM, A JOINT VENTURE

COLLECTIVE ACTION

CASE NO. 3:13-CV-00728

ORDER GRANTING JOINT MOTION FOR FINAL
APPROVAL OF SETTLEMENT AGREEMENT AND
DISMISSING CASE WITH PREJUDICE

Upon consideration of the parties' Joint Motion for Final Approval of Settlement Agreement, the Court finds that:

As set forth in the pleadings filed herein, the parties had a significant dispute concerning whether the regular rate of the Plaintiffs was properly calculated, whether the Plaintiffs were employees of certain Defendant(s), and whether they were properly paid overtime.

The parties' settlement includes: (1) gross settlement payment of $85,000, which includes payment of $45,000.00 to Plaintiffs' counsel for their attorneys' fees and expenses; (3) a non-admission of liability clause; (4) a waiver and release of all wage and hour and wage payment claims; and (5) dismissal with prejudice of all claims in the lawsuit. These provisions, and the totality of the settlement and the circumstances surrounding the negotiation of the settlement, constitute a fair and reasonable resolution of a bona fide dispute regarding the claims released by the Settlement Agreement.

Accordingly, the Court hereby orders that the joint motion is granted. The claims of all Plaintiffs against all Defendants are dismissed with prejudice.

IT IS SO ORDERED this 22 day of June, 2015.

_____
HONORABLE SHELLY D. DICK
UNITED STATES DISTRICT JUDGE